# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>MONDELĒZ GLOBAL LLC,<br><br>Defendant. | Civil Action No. 2:22-cv-00875-WSH |

## PLAINTIFF'S UNOPPOSED MOTION FOR CERTIFICATION OF THE SETTLEMENT CLASS AND FINAL APPROVAL OF THE CLASS ACTION SETTLEMENT

Plaintiff, on behalf of himself and all others similarly situated, by and through undersigned counsel, hereby moves for entry of an order certifying the class for settlement purposes and granting final approval of the parties' class action settlement agreement. (Doc. 12-1.)

1. In support, Plaintiff submits the accompanying Memorandum In Support Of Plaintiff's Unopposed Motion For Certification Of The Settlement Class And Final Approval Of The Class Action Settlement.

2. Plaintiff respectfully requests that the Court certify the class for settlement purposes and finally approve the class action settlement as fair, reasonable, and adequate, in accordance with the proposed order accompanying this motion.

3. Defendant does not oppose the relief sought in this motion.

Dated: June 5, 2023

*/s/ Chandler Steiger*

Kevin W. Tucker (He/Him) (PA 312144)
Kevin J. Abramowicz (He/Him) (PA 320659)
Chandler Steiger (She/Her) (PA 328891)
Stephanie Moore (She/Her) (PA 329447)
**EAST END TRIAL GROUP LLC**

                                                6901 Lynn Way, Suite 215
                                                Pittsburgh, PA 15208
                                                Tel. (412) 877-5220
                                                ktucker@eastendtrialgroup.com
                                                kabramowicz@eastendtrialgroup.com
                                                csteiger@eastendtrialgroup.com
                                                smoore@eastendtrialgroup.com

*Counsel for Plaintiff and the Class*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on June 5, 2023, a true and correct copy of this document was filed through the Court's CM/ECF system, which sent notice of such filing to all counsel of record.

*/s/ Chandler Steiger*
Chandler Steiger